# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 09, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| SERGEY L. <br> *Plaintiff* <br> v. <br> COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION <br> *Defendant* | ) ) ) ) ) ) <br> Civil Action No. 2:24-CV-00125-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Opening Brief, ECF No. 9, is DENIED. The Commissioner's Response Brief, ECF No. 11, is GRANTED. The decision of the Commissioner is AFFIRMED. Judgment in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian


Date: 1/9/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham